**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00383-CV

### IN THE INTEREST OF E.M., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00929-X**

## ORDER

Before the Court is appellant's July 20, 2017 motion for extension of time to file appellant's brief. We **GRANT** appellant's motion.

We **DIRECT** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     CRAIG STODDART
         JUSTICE